IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERTO BALBUENA-IGNACIO,<br><br>        Defendant. | 8:21CR279<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Mary C. Gryva to withdraw as counsel for the defendant, Roberto Balbuena-Ignacio (Filing No. 79). Thomas O. Campbell has filed an entry of appearance as retained counsel for Roberto Balbuena-Ignacio. Therefore, Mary C. Gryva's motion to withdraw (Filing No. 79) will be granted.

Mary C. Gryva shall forthwith provide Thomas O. Campbell any discovery materials provided to the defendant by the government and any such other materials obtained by Mary C. Gryva which are material to Roberto Balbuena-Ignacio's defense.

The clerk shall provide a copy of this order to Thomas O. Campbell.

Dated this 4th day of May, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge