IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR279 |
| vs. | ) | |
| | ) | ORDER |
| TEODORO ALEJANDRO CASTILLO-RINCON, | ) | |
| Defendants. | ) | |

This matter is before the court on the defendant, Teodoro Alejandro Castillo-Rincon's Motion to Continue Trial [86]. The court has been advised that the co-defendants do not object to the continuance. On the basis of the statements set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [86] is granted as follows:

1. The jury trial, **as to defendants Teodoro Alejandro Castillo-Rincon, Roberto Balbuena-Ignacio, Cash C. Cosgriff and Roberto Garcia-Gutierrez**, now set for July 5, 2022, is continued to **August 23, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 23, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: June 21, 2022**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**