**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR279** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **TEODORO ALEJANDRO CASTILLO-** | ) | |
| **RINCON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on defendant, Teodoro Alejandro Castillo-Rincon's Motion to Continue Trial [106].  The court has been advised co-defendants do not object to the continuance. On the basis of the statements set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance.  Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [106] is granted as follows:

1. The jury trial, **as to defendants Teodoro Alejandro Castillo-Rincon, Roberto Balbuena-Ignacio and Cash C. Cosgriff,** now set for August 23, 2022, is continued to **October 18, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 18, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: August 11, 2022**

           **BY THE COURT:**

           **s/ Susan M. Bazis**
           **United States Magistrate Judge**