**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR279** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **CASH C. COSGRIFF,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the court on defendant, Cash C. Cosgriff's Motion to Continue Trial [133]. The court has been advised co-defendants do not object to the continuance. The court had a telephone conference with the attorneys on November 23, 2022. On the basis of the statements set forth in the motion, and the telephone conference with the attorneys, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [133] is granted as follows:

1. The jury trial, **as to defendants Teodoro Alejandro Castillo-Rincon, Roberto Balbuena-Ignacio and Cash C. Cosgriff,** now set for December 13, 2022, is continued to **March 21, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 21, 2023,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without counsel for the parties requesting a hearing before the undersigned magistrate judge.**

**DATED: November 23, 2022**

                                        **BY THE COURT:**

                                        **s/ Susan M. Bazis**
                                        **United States Magistrate Judge**