IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:21CR279 |
| vs. | ) ) | ORDER |
| ROBERTO BALBUENA-IGNACIO, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court on defendant, Roberto Balbuena-Ignacio's Motion to Continue Trial [142]. After conferring with the parties and having been advised co-defendant Cash C. Cosgriff does not object to the continuance, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [142] is granted as follows:

1. The jury trial, **as to defendants Roberto Balbuena-Ignacio and Cash C. Cosgriff,** now set for March 21, 2023, is continued to **April 25, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 25, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted.**

4. The Final Trial Order (Filing 141) is vacated.

**DATED: March 14, 2023**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**