IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ROBERTO BALBUENA-IGNACIO,<br><br>              Defendant. | **8:21CR279**<br><br>**ORDER** |

       On April 14, 2023 the court held a hearing on the motion of Thomas O. Campbell to withdraw as counsel for the defendant, Roberto Balbuena-Ignacio (Filing No. 151). Thomas O. Campbell represents that there is an irreparable breakdown in the attorney-client relationship. After inquiry of the Defendant and his counsel, the court granted Thomas O. Campbell's motion to withdraw (Filing No. 151).

       Mary C. Gryva, P.O. Box 8574, Omaha, NE 68108, (402) 201-4890, is appointed to represent Roberto Balbuena-Ignacio for the balance of these proceedings pursuant to the Criminal Justice Act. Thomas O. Campbell shall forthwith provide Mary C. Gryva any discovery materials provided to the defendant by the government and any such other materials obtained by Thomas O. Campbell which are material to Roberto Balbuena-Ignacio's defense.

       The clerk shall provide a copy of this order to Mary C. Gryva and the defendant.

**IT IS SO ORDERED.**

Dated this 14th day of April, 2023.

                                                        BY THE COURT:

                                                        s/ Susan M. Bazis
                                                        United States Magistrate Judge